John M. McClun, defendant in error and appellee, v. Herman Emerman, plaintiff in error and appellant. Gen. Nos. 27,517, 27,399.

Assumpsit to recover real estate brokerage commissions. Judgment for plaintiff. Error to and appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Lurie & Fishell, for plaintiff in error and appellant. Rathje, Wesemann, Hinckley & Barnard, for defendant in error and appellee; Herbert C. Strauschild, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Senne Fur Company, appellee, v. I. Wertheimer Corp., appellant. Gen. No. 27,523.

Action for damage to skins delivered to defendant to be dyed. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Lazar H. Gladstone, for appellant. Rathje, Lawlor & Connor, for appellee; Gerard A. Connor, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Agnes B. Cronin, defendant in error, v. Frank P. Burke, plaintiff in error. Gen. No. 27,531.

Action upon a promissory note defended on the ground of duress. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

P. J. O'Shea, for plaintiff in error. John F. Rosen, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

Swift & Company, appellee, v. Monarch Refrigerating Company of Chicago, appellant. Gen. No. 27,582.

Action for damages sustained by defendant's negligent storage of pork. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922. Certiorari denied by Supreme Court (making opinion final).

Mancha Bruggemeyer and Moses, Rosenthal & Kennedy, for appellant; Henry H. Kennedy and Walter Bachrach, of counsel. Robert C. McManus, for appellee; Frank L. Horton and William N. Strack, of counsel.

Mr. Justice Dever delivered the opinion of the court.